AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT - 8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America
v.

Juan De Dios NEVAREZ-Corral
*Defendant(s)*

Case No. EP-25-M-5583-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 7, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At __1__ : __07__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Valerie Melano
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: __October 8, 2025__

City and state: __El Paso, Texas__

*Judge's signature*
Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE

## FACTS

That on or about October 7, 2025, the DEFENDANT, Juan De Dios NEVAREZ-Corral, a native and citizen of Mexico, applied for admission into the United States from Mexico via pedestrian primary lanes at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a Texas Identification Card bearing the name, date of birth, and photograph of an individual with the initials E.L.C. and represented himself to be that person to the Customs and Border Protection Officer (CBPO). During primary inspection, the DEFENDANT's biographical information was queried with a positive result for a Mexican National with United States Legal Permanent Resident status. When asked about his citizenship, the DEFENDANT stated he was a United States Citizen born in El Paso, Texas. CBPO suspected the DEFENDANT was a false claim to U.S. Citizenship and referred the DEFENDANT to Passport Control Secondary (PCS) for verification of citizenship.

In PCS, the DEFENDANT's fingerprints were digitally scanned and revealed he was previously removed from the United States most recently on or about March 9, 2009, to Mexico. The DEFENDANT was served with Form I-214 (Spanish version), Warning of Rights, which she read, signed, understood and waived his rights to legal representation. During a sworn statement, the DEFENDANT admitted to his true name, date of birth, and stated he was born in Chihuahua, Mexico. The DEFENDANT further admitted the document was purchased for $800.00 USD from an unknown individual in Mexico and his intentions were to travel to Farmington, New Mexico to care for his mother. System queries indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States. Further records checks revealed the DEFENDANT is not in possession of any legal documents in which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

Criminal:

None at this time.

Immigration:

04/14/2008- Removed from Douglas, Arizona to Mexico

03/09/2009- Removed from Nogales, Arizona to Mexico