

United States District Court
Western District of Texas
El Paso Division

United States of America,
  Plaintiff,

v.

Juan De Dios NEVAREZ-Corral,
  Defendant.

EP-25-M-5583-RFC

## United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 1546, *Fraud and Misuse of Visas, Permits, and Other Documents*.

2. The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Phillip Countryman*
PHILLIP COUNTRYMAN
Assistant U.S. Attorney
Texas Bar#24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884