**FILED**
November 05, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:＿＿＿DT＿＿＿
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **I N D I C T M E N T** Case No: EP:25-CR-02662-DCG |
| Plaintiff, | § | |
| | § | **CT 1:** 18 U.S.C. § 1546(a) - |
| v. | § | False Personation in Immigration Matters |
| | § | |
| JUAN DE DIOS NEVAREZ-CORRAL, | § | **CT 2:** 8 U.S.C. § 1326(a) - Illegal Re-Entry |
| Defendant. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about October 7, 2025, in the Western District of Texas, the defendant,

**JUAN DE DIOS NEVAREZ-CORRAL**

when applying for admission to the United States, did knowingly personate another, in violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

On or about October 7, 2025, in the Western District of Texas, Defendant,

**JUAN DE DIOS NEVAREZ-CORRAL,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the

Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney